B6A (Official Form 6A) (12/07)

In re **Lynn T Destefano**                                    Case No.   **11-48495**

                                                                                        (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 922 Winston Drive in Melrose Park, Residential single family | Debtor's Residence | - | $269,897.00 | $269,897.00 |
| | | Total: | $269,897.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Lynn T Destefano**                                   Case No.   **11-48495**
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | emergency cash | - | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | One-half interest in joint checking account with Joseph Strezezewski<br>TCF National Bank<br>Burr Ridge Pkway<br>Burr Ridge, IL 60527<br>Total amount in account from 11/28/2011-12/05/2011: $733.25. Own half interest, which is $366.62<br>Acct No: XXXXXX5784 | - | $366.62 |
| | | Joint checking account with Joseph Strzezewski<br>Charter One<br>PO Box 7000<br>ROP-450<br>Providence, RI 02940<br>Circle Gold Checking with interest<br>Account #XXXXXX5774 | - | $15.15 |
| | | Real Estate Sales Account<br>Charter One<br>PO Box 7000<br>ROP-450<br>Providence, RI 02940 | - | $0.19 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lynn T Destefano**                                   Case No.  **11-48495** _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Business Green Checking Account # XXXXXXX5233 | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Misc household items (none worth more than $525) | - | $800.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Misc used clothing | - | $200.00 |
| 7. Furs and jewelry. | | Misc costume jewelry | - | $100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lynn T Destefano**                                     Case No.  **11-48495** _____
                                                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | CB&T Customer IRA-Rollover American Funds PO Box 6164 Indianapolis, IN 46206-6164 Account No: XXXX0372 Plan type: Traditional IRA | - | $6,176.27 |
| | | IRA Nationwide Life Insurance Company PO Box 182021 Columbus, OH 43218-2021 Contract Number: XX-XXX0390 | - | $20,167.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Lynn T Destefano**                                    Case No.   **11-48495** _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | real estate license | - | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lynn T Destefano**                                                    Case No.   **11-48495**
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Pontiac Grand Prix 2001<br>Mileage: 75,900<br>2-door coupe<br>GT<br>Normal wear and tear;<br>smoke smell obvious;<br>Needs new brakes and tires;<br>Gas gage does not work. Repair quote is $1000.00<br>Ignition needs to be replaced. Must use a screw driver to remove keys each time car is turned off<br>Kelly Blue Book Trade-in value: 2000.00 | - | $2,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Used computer, printer, and misc office supplies | - | $200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Lynn T Destefano**                                      Case No.  **11-48495**
                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached     **Total  >**     $30,525.23

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Lynn T Destefano**                                   Case No.   **11-48495**
                                                                   (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $146,450.*

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 922 Winston Drive in Melrose Park, Residential single family | 735 ILCS 5/12-901:  Residence or homestead of individual.  Includes farm, lot + buildings, condominium, personal property or cooperative.  Can be owned or leased.  (includes proceeds of sale for 1 year under 735 ILCS 5/12-906) | $0.00 15,000.00 | $269,897.00 |
| emergency cash | 735 ILCS 5/12-1001(b):  Any personal property of debtor | $100.00 100% of FMV | $100.00 |
| One-half interest in joint checking account with Joseph Strezezewski TCF National Bank Burr Ridge Pkway Burr Ridge, IL 60527 Total amount in account from 11/28/2011-12/05/2011: $733.25. Own half interest, which is $366.62 Acct No: XXXXXX5784 | 735 ILCS 5/12-1001(b):  Any personal property of debtor | $366.62 100% of FMV | $366.62 |
| Joint checking account with Joseph Strzezewski Charter One PO Box 7000 ROP-450 Providence, RI 02940 | 735 ILCS 5/12-1001(b):  Any personal property of debtor | $15.15 | $15.15 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$481.77** | **$270,378.77** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Lynn T Destefano**                                            Case No.   **11-48495**
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Circle Gold Checking with interest Account #XXXXXX5774 | | | |
| Real Estate Sales Account<br><br>Charter One<br>PO Box 7000<br>ROP-450<br>Providence, RI 02940<br><br>Business Green Checking Account # XXXXXXX5233 | 735 ILCS 5/12-1001(b):  Any personal property of debtor | $0.19 | $0.19 |
| Misc household items (none worth more than $525) | 735 ILCS 5/12-1001(b):  Any personal property of debtor | $800.00<br>100% of FMV | $800.00 |
| Misc used clothing | 735 ILCS 5/12-1001(a), (e): Necessary wearing apparel, bible, school books, family pictures and prescribed health aids of debtor & dependents | $200.00<br>100% of FMV | $200.00 |
| Misc costume jewelry | 735 ILCS 5/12-1001(b):  Any personal property of debtor | $100.00<br>100% of FMV | $100.00 |
| CB&T Customer IRA-Rollover American Funds PO Box 6164 Indianapolis, IN 46206-6164<br><br>Account No: XXXX0372 Plan type: Traditional IRA | 735 ILCS 5/12-1006:  Debtor's interest in a retirement plan qualified under the Internal Revenue Code or a public employee pension plan (NOTE: Includes stock bonus, pension, profit-sharing, annuity, or similar plans, self-employed or simplified employee pension plans, government or church retirement plans, and individual retirement annuities or accounts.)<br><br>735 ILCS 5/12-1001(b):  Any personal property of debtor | $6,176.27<br><br><br><br><br><br><br><br><br><br>$0.00 | $6,176.27 |
| | | **$7,758.23** | **$277,655.23** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Lynn T Destefano**                                      Case No.  **11-48495**
                                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| IRA<br>Nationwide Life Insurance Company<br>PO Box 182021<br>Columbus, OH 43218-2021<br>Contract Number: XX-XXX0390 | 735 ILCS 5/12-1006:  Debtor's interest in a retirement plan qualified under the Internal Revenue Code or a public employee pension plan (NOTE: Includes stock bonus, pension, profit-sharing, annuity, or similar plans, self-employed or simplified employee pension plans, government or church retirement plans, and individual retirement annuities or accounts.)<br><br>735 ILCS 5/12-1001(b):  Any personal property of debtor | $20,167.00<br><br><br><br><br><br><br><br><br><br>$0.00 | $20,167.00 |
| real estate license | 735 ILCS 5/12-1001(d):  Implements, books and tools of trade | Unknown | Unknown |
| Pontiac Grand Prix 2001<br>Mileage: 75,900<br>2-door coupe<br>GT<br>Normal wear and tear;<br>smoke smell obvious;<br>Needs new brakes and tires;<br>Gas gage does not work. Repair quote is $1000.00<br>Ignition needs to be replaced. Must use a screw driver to remove keys each time car is turned off<br><br>Kelly Blue Book Trade-in value: 2000.00 | 735 ILCS 5/12-1001(c):  One motor vehicle<br><br>735 ILCS 5/12-1001(b):  Any personal property of debtor | $0.00<br>$2400.00<br><br>$0.00<br>100% of FMV | $2,400.00 |
| Used computer, printer, and misc office supplies | 735 ILCS 5/12-1001(d):  Implements, books and tools of trade<br><br>735 ILCS 5/12-1001(b):  Any personal property of debtor | $200.00<br><br><br>$0.00 | $200.00 |
| | | **$28,125.23** | **$300,422.23** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Lynn T Destefano**                                                      CASE NO   **11-48495**

                                                                                   CHAPTER   **7**

### TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| 735 ILCS 5/12-1001(a), (e) | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | $200.00 |
| 735 ILCS 5/12-1001(b) | $0.00 | $0.00 | $0.00 | $0.00 | $1,381.96 | $1,381.96 | $30,325.23 |
| 735 ILCS 5/12-1001(c) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,400.00 |
| 735 ILCS 5/12-1001(d) | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | $200.00 |
| 735 ILCS 5/12-1006 | $0.00 | $0.00 | $0.00 | $0.00 | $26,343.27 | $26,343.27 | $26,343.27 |
| 735 ILCS 5/12-901 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $269,897.00 |

B6D (Official Form 6D) (12/07)

In re  **Lynn T Destefano**                                             Case No.  **11-48495**
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx6502<br><br>**Charter One CCO**<br>**480 Jefferson Blvd**<br>**Glen Allen, VA 23059** | X | - | DATE INCURRED: **08/2006**<br>NATURE OF LIEN:<br>**Credit Line Secured**<br>COLLATERAL:<br>**Debtor's home**<br>REMARKS:<br>**100% consumer**<br>**Home equity line of credit; Joint contractual liability with codebtor**<br><br>VALUE: **$269,897.00** | | | | **$98,820.00** | |
| ACCT #: xxxxxxxx8393<br><br>**Chase**<br>**PO Box 1093**<br>**Northridge, CA 91328** | X | - | DATE INCURRED: **08/2002**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**Debtor's Residence 922 Winston Drive Melrose Pa**<br>REMARKS:<br>**100% consumer**<br>**Mortgage on debtor's residence; joint contractual liability with codebtor**<br><br>VALUE: **$269,897.00** | | | | **$171,077.00** | |

_____**No**_____ continuation sheets attached

|  | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$269,897.00** | **$0.00** |
| Total (Use only on last page) > | **$269,897.00** | **$0.00** |
|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **Lynn T Destefano**                                           Case No.     **11-48495**

                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/10) - Cont.

In re **Lynn T Destefano**                                      Case No.   **11-48495**
_____
(If Known)

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Lynn T Destefano**                                        Case No.   **11-48495**
                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxxx9863**<br>**American Express**<br>**Attn Special Research**<br>**PO Box 981540**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **10/1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxxxx9863**<br>**American Express**<br>**Attn Special Research**<br>**PO Box 981540**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **10/1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **Notice Only** |

_____**9**_____continuation sheets attached

Subtotal >                     **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Lynn T Destefano**                                                                   Case No.  **11-48495**
                                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxx0572 <br> **American Express** <br> **Attn Special Research** <br> **PO Box 981540** <br> **El Paso, TX 79998** | | - | DATE INCURRED:  **05/26/1995** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: <br> **Various dates; credit card purchases** | | | | **($1.00)** |
| ACCT #:  xxxxxxxxxxxxxx9863 <br> **American Express** <br> **Attn Special Research** <br> **PO Box 981540** <br> **El Paso, TX 79998** | | - | DATE INCURRED:  **10/1995** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: <br> **Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  xxxxxxxxxxxx2253 <br> **American Express** <br> **Attn Special Research** <br> **PO Box 981540** <br> **El Paso, TX 79998** | | - | DATE INCURRED:  **05/1995** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: <br> **Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  xxxx-xxxx-xxxx-1420 <br> **Bank Of America** <br> **Attn Bankruptcy Department** <br> **475 Cross Point Pkwy** <br> **PO Box 9000** <br> **Getzville, NY 14068** | | | DATE INCURRED:  **08/2001** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: <br> **100% consumer** <br> **Various dates; credit card purchases** | | | | **$8,830.00** |
| ACCT #:  xxxx-xxxx-xxxx-1721 <br> **Bank Of America** <br> **Attn Bankruptcy Department** <br> **475 Cross Point Pkwy** <br> **PO Box 9000** <br> **Getzville, NY 14068** | | - | DATE INCURRED:  **07/2002** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: <br> **Various dates; credit card purchases** | | | | **Notice Only** |
| ACCT #:  xxxx-xxxx-xxxx-6239 <br> **Bank Of America** <br> **Attn Bankruptcy Department** <br> **475 Cross Point Pkwy** <br> **PO Box 9000** <br> **Getzville, NY 14068** | | - | DATE INCURRED:  **07/2001** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: <br> **Various dates; credit card purchases** | | | | **$0.00** |

Sheet no. _____**1**_____ of _____**9**_____ continuation sheets attached to                      Subtotal >          **$8,829.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                           **(Use only on last page of the completed Schedule F.)**
                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                           **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lynn T Destefano**                                    Case No.  **11-48495**
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-7616**<br>**Capital One Bank USA NA**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **12/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**100% consumer**<br>**Various dates; primarily business purchases** | | | | **$4,539.00** |
| ACCT #:  **xxxx-xxxx-xxxx-8584**<br>**Capital One Bank USA NA**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **09/26/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Settled**<br>**Account Closed**<br>**ELECTION OF REMEDY** | | | | **$0.00** |
| ACCT #:  **xxxx-xxxx-xxxx-0492**<br>**Chase Bank USA NA**<br>**PO Box 15145**<br>**Wilmington, DE 19850-5145** | | - | DATE INCURRED:  **06/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | **$10,419.00** |
| ACCT #:  **xxxx-xxxx-xxxx-7488**<br>**Chase Bank USA NA**<br>**PO Box 15145**<br>**Wilmington, DE 19850-5145** | | - | DATE INCURRED:  **01/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | **$2,172.00** |
| ACCT #:  **xxxx-xxxx-xxxx-5651**<br>**Chase Bank USA NA**<br>**PO BOX 15145**<br>**Wilmington, DE 19850-5145** | | - | DATE INCURRED:  **05/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxxx9103**<br>**Chase Pier 1**<br>**Attn Recovery**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **11/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |

Sheet no. ___**2**___ of ___**9**___ continuation sheets attached to        Subtotal >        **$17,130.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lynn T Destefano**                                                  Case No.  **11-48495**
                                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-2915**<br>**CITI Choice Visa**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:  **12/1994**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | **$6,700.00** |
| ACCT #:  **xxxxxxxxxxxx5374**<br>**Citibank Sd Na**<br>**Attn Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | X | - | DATE INCURRED:  **08/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Debtor is an authorized user on codebtor's**<br>**credit card** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx1459**<br>**Citibank Sd Na**<br>**Attn Centralized Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO 64195** | | - | DATE INCURRED:  **01/29/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  **xxxx-xxxx-xxxx-5374**<br>**Citibank Sd Na**<br>**Attn Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | - | DATE INCURRED:  **08/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**100% consumer**<br>**Current Account** | | | | **$11,414.00** |
| ACCT #:  **xxxxxxxxxxxx1321**<br>**Consecofin**<br>**1400 Turbine Drive**<br>**Rapid City, SD 57701** | | - | DATE INCURRED:  **11/01/1999**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxxx3811**<br>**Discover Fin Services LLC**<br>**Attn Bankruptcy Department**<br>**PO Box 3025**<br>**New Albany, OH 43054** | | - | DATE INCURRED:  **11/1993**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | **$10,189.00** |

Sheet no. ____**3**____ of ____**9**____ continuation sheets attached to                         Subtotal >     | **$28,303.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                      **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lynn T Destefano**                                         Case No.  **11-48495**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-9708**<br>**Discover Fin Services LLC**<br>**Attn Bankruptcy Dept**<br>**PO Box 3025**<br>**New Albany, OH 43054** | X | - | DATE INCURRED: **10/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Authorized user on co-debtors credit card.**<br>**Debts incurred on various dates; consumer purchases** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx7820**<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | - | DATE INCURRED: **12/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxx7765**<br>**Fashion Bug**<br>**1103 Allen Drive**<br>**Milford, OH 45150** | | - | DATE INCURRED: **05/18/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Current Account**<br>**Account Closed** | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxxx7910**<br>**First Usa Bank Chase**<br>**Attn Bankruptcy Dept**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **02/1994**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxxx7649**<br>**Fleet CC Bank of America**<br>**Attn Bankruptcy MC NC4 105 03 14**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | | - | DATE INCURRED: **08/03/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **($1.00)** |
| ACCT #:  **xxxxxxxx3057**<br>**GEMB Old Navy**<br>**Attn GEMB**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED: **12/2000**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**4**____ of ____**9**____ continuation sheets attached to      Subtotal >         **($1.00)**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lynn T Destefano**                                   Case No.   **11-48495**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx0417**<br>**Global Discovery Vacations**<br>**Attn Debra Dept A Ext 7788**<br>**5360 College Blvd, Ste 200**<br>**Overland Park, KS 66211** | | - | DATE INCURRED:  **10/08/2008**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS:<br>**100% consumer**<br>**Vacation rental** | | | | **$2,946.00** |
| ACCT #:  **xxxxxxxxxxxx1900**<br>**HSBC Bank**<br>**Attn Bankruptcy**<br>**PO Box 5213**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **09/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | **$1,650.00** |
| ACCT #:  **xxxxxxxxxxxx5907**<br>**HSBC Best Buy**<br>**PO Box 15519**<br>**Wilmington, DE 19850** | | | DATE INCURRED:  **12/16/1993**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxxx6358**<br>**HSBC Menards**<br>**Attn Bankruptcy Dept**<br>**PO Box 5263**<br>**Carol Stream, IL 60197** | | | DATE INCURRED:  **11/1999**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxxx6367**<br>**HSBC NV**<br>**Attn Bankruptcy**<br>**PO Box 5213**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **11/22/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxxx8788**<br>**HSBC Value City**<br>**PO Box 5264**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **12/06/2001**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |

Sheet no. ____**5**____ of ____**9**____ continuation sheets attached to          Subtotal >          **$4,596.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lynn T Destefano**                                        Case No.   **11-48495**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxx6162<br>**JC Penny**<br>**PO Box 45270**<br>**Salt Lake City, UT 84145** | | - | DATE INCURRED: **11/25/1991**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  xxxxxxx9552<br>**Kohls**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | - | DATE INCURRED:  **11/1993**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | **$1,658.00** |
| ACCT #:  xxxxx2238<br>**Lane Bryant**<br>**WFNNB**<br>**PO Box 182125**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **12/01/1992**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  xxxxxxxxxxx3532<br>**Newport News**<br>**PO Box 182125**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **09/2003**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  xxxxxxxxxxx0420<br>**Nordstrom FSB**<br>**Attn Bankruptcy Department**<br>**PO Box 6566**<br>**Englewood, CO 80155** | | - | DATE INCURRED:  **08/1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**100% consumer**<br>**Account Closed By Grantor** | | | | **$2,674.00** |
| ACCT #:  xxxxxxxxxxx8442<br>**PayPal Credit Services GEMB**<br>**Attn Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **10/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | **$306.00** |

Sheet no. ___**6**___ of ___**9**___ continuation sheets attached to                                Subtotal >   | **$4,638.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lynn T Destefano**                                                                  Case No.  **11-48495**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx1610**<br>**RNB Fields3 Macys**<br>**Macys Bankruptcy Department**<br>**PO Box 8053**<br>**Mason, OH 45040** | | - | DATE INCURRED:  **11/1992**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | ($1.00) |
| ACCT #:  **xxxxxxxxxxx7790**<br>**Sams Club GEMB**<br>**Attn Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **01/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | $3,214.00 |
| ACCT #:  **xxxxxxxxxxx2630**<br>**Sears CBNA**<br>**Attn Bankruptcy**<br>**PO Box 3677**<br>**Des Moines, IA 50322** | | | DATE INCURRED:  **02/17/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | $0.00 |
| ACCT #:  **xxxxxx1112**<br>**Spiegel World Financial Network**<br>**PO Box 182273**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **03/1993**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | $0.00 |
| ACCT #:  **xxxxxxxxxxx7577**<br>**TNB Visa Target**<br>**Attn Financial and Retail Services**<br>**PO Box 9475**<br>**Minneapolis, MN 55440** | | - | DATE INCURRED:  **06/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | $0.00 |
| ACCT #:  **xxxxx7145**<br>**Victoria's Secret**<br>**Attn Bankruptcy**<br>**PO Box 182125**<br>**Columbus, OH 43215** | | - | DATE INCURRED:  **11/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | $325.00 |

Sheet no.  ____**7**____ of ____**9**____ continuation sheets attached to                          Subtotal >        $3,538.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                  Total >
                                                                    **(Use only on last page of the completed Schedule F.)**
                                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lynn T Destefano**                                      Case No.  **11-48495**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-7210**<br>**Wells Fargo Financial Cards**<br>**PO Box 10438**<br>**Des Moines, IA 50306** | | - | DATE INCURRED:  **12/1993**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | **$7,159.00** |
| ACCT #:  **xxxxxxxxxxx6031**<br>**WFNNB Harlem**<br>**Attn Bankruptcy**<br>**PO Box 182686**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **07/01/2002**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; retail purchases** | | | | **$0.00** |
| ACCT #:  **xxxxx0759**<br>**Wfnnb Jessica London**<br>**Attn Bankruptcy**<br>**P.O. Box 182686**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **05/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; retail purchases** | | | | **$0.00** |
| ACCT #:  **xxxxx7294**<br>**Wfnnb Lerner**<br>**Attn Bankruptcy**<br>**PO Box 182686**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **05/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  **xxxxx0085**<br>**WFNNB Roamans**<br>**Attn Bankruptcy**<br>**PO Box 182686**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **09/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**100% consumer**<br>**Various dates; credit card purchases** | | | | **$595.00** |
| ACCT #:  **xxxxx6379**<br>**Wfnnb TSA**<br>**Attn Bankruptcy**<br>**PO Box 182686**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **07/2003**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; retail purchases** | | | | **$0.00** |

Sheet no. ____**8**____ of ____**9**____ continuation sheets attached to                    Subtotal >          **$7,754.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            Total >
                                    **(Use only on last page of the completed Schedule F.)**
                            **(Report also on Summary of Schedules and, if applicable, on the**
                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lynn T Destefano**                                                    Case No.   **11-48495**
                                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx8323<br>**Wfnnb Value City Furniture**<br>**Attn Bankruptcy**<br>**PO Box 182686**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **02/2009**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  **x6224**<br>**Wfnnb woman within**<br>**PO Box 182686**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **12/1992**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| ACCT #:  **xxxxx0585**<br>**World Financial Network National Bank**<br>**WFNNB**<br>**PO Box 182686**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **09/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Various dates; credit card purchases** | | | | **$0.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____9____ of ____9____ continuation sheets attached to                      **Subtotal >**    **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**    **$74,787.00**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Lynn T Destefano**                                          Case No.  **11-48495**
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Lynn T Destefano**                                      Case No.  **11-48495**
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joseph Strzezewski**<br>922 Winston Drive<br>Melrose Park, IL 60160 | **Citibank Sd Na**<br>Attn Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 |
| **Joseph Strzezewski**<br>922 Winston Drive<br>Melrose Park, IL 60160 | **Charter One CCO**<br>480 Jefferson Blvd<br>Glen Allen, VA 23059 |
| **Joseph Strzezewski**<br>922 Winston Drive<br>Melrose Park, IL 60160 | **Chase**<br>PO Box 1093<br>Northridge, CA 91328 |
| **Joseph Strzezewski**<br>922 Winston Drive<br>Melrose Park, IL 60160 | **Discover Fin Services LLC**<br>Attn Bankruptcy Dept<br>PO Box 3025<br>New Albany, OH 43054 |

B6I (Official Form 6I) (12/07)

In re  **Lynn T Destefano**    Case No.  **11-48495**
                                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| **Single** | Relationship(s):  Live-in boyfrier  Age(s): | | Relationship(s):                  Age(s): |

| **Employment:** | Debtor (# of additional employers: 1) | Spouse |
|---|---|---|
| Occupation | Waitress | |
| Name of Employer | American Blue Ribbon Holdings, LLC | |
| How Long Employed | 1 year 6 months | |
| Address of Employer | 400 West 48th Avenue | |
| | Denver, CO 80216 | |

INCOME:  (Estimate of average or projected monthly income at time case filed)    **DEBTOR**    **SPOUSE**

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $750.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | **$750.00** | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $100.00 | |
| | b. Social Security Tax | $46.00 | |
| | c. Medicare | $0.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$146.00** | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$604.00** | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): | | |
| | Food Stamps | $16.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a. _____ | $0.00 | |
| | b. Boyfriend _____ | $800.00 | |
| | c. _____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$816.00** | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,420.00** | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$1,420.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Boyfriend who lives with debtor was laid-off from September to the end of November. He is currently working as seasonal help.**

B6I (Official Form 6I) (12/07)

In re  **Lynn T Destefano**                                          Case No.  **11-48495**
                                                                                (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
*Continuation Sheet No. 1*

**Additional Employment**

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | Real Estate Agent<br>Caporale Realty<br>10 years<br>7646 West North Avenue<br>Elmwood Park, IL<br>60707-4143 | |
| **Employment** | **Debtor** | **Spouse** |
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | |

B6J (Official Form 6J) (12/07)

IN RE:  **Lynn T Destefano**                                    Case No.  **11-48495**
                                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,462.00 |
|    a. Are real estate taxes included?  ☑ Yes    ☐ No | |
|    b. Is property insurance included?  ☑ Yes    ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $175.06 |
|          b. Water and sewer | $40.00 |
|          c. Telephone | $160.00 |
|          d. Other:   Cable, internet, phone | $200.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $547.00 |
| 5. Clothing | $50.00 |
| 6. Laundry and dry cleaning | $20.00 |
| 7. Medical and dental expenses | $30.00 |
| 8. Transportation (not including car payments) | $182.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $0.00 |
| 10. Charitable contributions | $0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | $0.00 |
|          b. Life | $0.00 |
|          c. Health | $0.00 |
|          d. Auto | $75.00 |
|          e. Other:   Cigarettes, misc. personal car | $185.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $0.00 |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto: | $0.00 |
|          b. Other: | $0.00 |
|          c. Other: | $0.00 |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | $0.00 |
| 15. Payments for support of add'l dependents not living at your home: | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: Cigarettes | $300.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,526.06** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $1,420.00 |
| b. Average monthly expenses from Line 18 above | $3,526.06 |
| c. Monthly net income (a. minus b.) | ($2,106.06) |